# ATTN: Loan Modification Ann Svoboda Re: Loan # 10152879

## 02280-Svoboda, Ann - Foreclosure Case # CV-15-842320

### Email

01/26/2015 11:56 AM

### From

Whitney Horton <whitney@dannlaw.com>

### To

Marc Dann <mdann@dannlaw.com>,
Mary Beth Snyder <marybeth@dannlaw.com>

To Whom it May Concern

This fax is regarding our client Ann Svoboda for Loan # 10152879. I have attached our client's complete loan modification application to this email. Please let me know if you need anything further.

Sincerely,

Whitney TimsLaw ClerkThe Dann Law FirmPO Box 6031040Cleveland, OH 44103216-373-0539 (office)216-373-0536 (fax)