5/17/2015 Clio Email - ATTN: Loan Modification Ann Svoboda Re: Loan #10152879 I have attached the additional documents necessary to complete our client's loa…

Case: 1:15-cv-00976-DAP Doc #: 1-3 Filed: 05/17/15 1 of 1. PageID #: 19

# ATTN: Loan Modification Ann Svoboda Re: Loan # 10152879 I have attached the additional documents necessary to complete our client's loan modification. This should complete our client's loan modification application. Please let me know if you need anything

## 02280-Svoboda, Ann - Foreclosure Case # CV-15-842320

**Email**

02/26/2015 01:59 PM

**From**

Whitney Horton <whitney@dannlaw.com>

**To**

Marc Dann <mdann@dannlaw.com>,
Mary Beth Snyder <marybeth@dannlaw.com>

To Whom it May Concern

This fax is regarding our client Ann Svoboda for Loan # 10152879. I have attached the additional documents necessary to complete our client's loan modification. This should complete our client's loan modification application. Please let me know if you need anything further.

Sincerely,

Whitney TimsLaw ClerkThe Dann Law FirmPO Box 6031040Cleveland, OH 44103216-373-0539 (office)216-373-0536 (fax)