| English | Customer Service | USPS Mobile | Register / Sign In |



# USPS Tracking<sup>TM</sup>

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70142870000064463077

**Updated Delivery Day:** Monday, April 27, 2015

## Product & Tracking Information

**Postal Product:** **Extra Svc:**
Certified Mail<sup>TM</sup>

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 27, 2015 , 7:00 am | Delivered | GRAND RAPIDS, MI 49501 |

Your item was delivered at 7:00 am on April 27, 2015 in GRAND RAPIDS, MI 49501.

| April 27, 2015 , 5:15 am | Arrived at Unit | GRAND RAPIDS, MI 49501 |

## Track Another Package

Tracking (or receipt) number

**Track It**

---

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number